# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                                             Case No. 24–81498
                                                                                                                                                       Chapter 13

Shelley H Moseley ,

    Debtor.

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of the debtor's application to pay the filing fee in installments, it is

**ORDERED** that the debtor may pay the filing fee in installments on the terms proposed in the application or no later than 120 days from the date of filing the petition.

Until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case. The debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated December 11, 2024

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge