# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 24–81498
                                               Chapter 13
Shelley H Moseley ,

    Debtor.

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on April 8, 2025 at 01:20 PM to consider and act upon the following:

*22* – Objection to Claim # 8 (Johnny Ray Jenkins) (Non–Rule 3007–1) filed by Marsha C. Mason on behalf of Shelley H Moseley. (Attachments: # 1 Affidavit)(Mason, Marsha)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **855–244–8681 Participant Code: 23088378093**

Failure to abide by the following rules may result in your line being muted or disconnected by the call coordinator:

- Mute your phone. (You can mute and unmute your phone using *6).
- Do not place the call on hold.
- Do not address the Court until called upon.
- Call from a quiet location, and do not use speakerphone.

Please note that cases are called in the order determined by the Court. Your case will be called as soon as possible. Conference calls may be broadcast throughout the courtroom.

Dated March 10, 2025

*Brian J. Suckman* (signature)

Brian J. Suckman
Clerk of Court