**The relief described hereinbelow is SO ORDERED**

**Done this 18th day of September, 2026.**

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re:
SHELLEY H. MOSELEY,

Case No. 24-81498

Chapter 13

Debtor(s).

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

Movant filed an Objection to Claim(s) # 8 of Johnny Ray Jenkins ("Creditor") pursuant to M.D. ALA., LBR 3007-1. Movant properly submitted a Declaration attesting to proper service of the Objection upon Creditor, and no written response was filed by Creditor or any party in interest. Pursuant to M.D. ALA., LBR 3007-1, it is

ORDERED that the Objection to Claim(s) 8 is SUSTAINED, and Claim(s) #8 is/are hereby

☐ disallowed.
☒ reduced to the amount paid.

###END OF ORDER###

Submitted by:

/s/Marsha C. Mason
Marsha C. Mason
Attorney for Debtor
PO Box 1837, Alexander City, AL 35011
256-329-1313
Mmason@Mcmasonlaw.com